WR-83,375-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/26/2015 10:40:33 AM
Accepted 10/26/2015 10:58:30 AM
ABEL ACOSTA
CLERK

RECEIVED
COURT OF CRIMINAL APPEALS
10/26/2015
ABEL ACOSTA, CLERK

# SORRELS | UDASHEN | ANTON

*Attorneys and Counselors at Law*

BRUCE ANTON
BOARD CERTIFIED-CRIMINAL LAW and CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

ba@sualaw.com

2311 Cedar Springs Rd.
Suite 250
Dallas, TX 75201
214.468.8100
fax 214.468.8104
www.sualaw.com

October 26, 2015

Clerk of the Court
Court of Criminal Appeals
Supreme Court Building
201 West 14th Street, Room 106
Austin, Texas 78701

Re:    *Ex Parte Shelton Montgomery*
       Case No. WR-83,375-01

Dear Sir or Madam:

Please be advised that I will be filing objections in the above-referenced matter. Please abstain from ruling in this matter for at least 30 days, or until November 25, 2015 to provide counsel for the Applicant viable time to file objections.

Thank you for your attention to this matter. Please contact me should you have any questions or concerns.

Sincerely,

Bruce Anton

cc:    Luke M. Inman, 100th Judicial District Attorney's Office